IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMEDY, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE CARLYLE GROUP INC., CARLYLE INVESTMENT MANAGEMENT LLC, CARLYLE PARTNERS VII, L.P., CARLYLE PARTNERS VIII, L.P., TWO SIX LABS HOLDINGS, INC., TWO SIX LABS, LLC, IST RESEARCH, LLC, TWO SIX TOPCO HOLDINGS, INC., AND TWO SIX TECHNOLOGIES HOLDINGS INC.,<br><br>      *Defendants*. | C.A. No. _____ |

## **ORDER**

This \_\_\_\_ day of _____ 2023, Defendants The Carlyle Group Inc., Carlyle Investment Management LLC, Carlyle Partners VII, L.P., Carlyle Partners VIII, L.P., Two Six Labs Holdings, Inc., Two Six Labs, LLC, IST Research, LLC, Two Six Topco Holdings, Inc., and Two Six Technologies Holdings Inc. ("Defendants") having moved for leave to file the Notice of Removal in this action and certain exhibit thereto under seal, and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Defendants' motion for leave to file the Notice of Removal and exhibits thereto under seal is GRANTED.

IT IS FURTHER HEREBY ORDERED that Defendants shall file public versions of the Notice of Removal and exhibits thereto, which redact any confidential information, within seven (7) days of this Order.

                                                                                          _____
                                                                                           United States District Judge