# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMEDY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CARLYLE GROUP INC., | ) |
| CARLYLE INVESTMENT | ) C.A. No. 23-157-CFC-SRF |
| MANAGEMENT LLC, CARLYLE | ) |
| PARTNERS VII, L.P., CARLYLE | ) **JURY TRIAL DEMANDED** |
| PARTNERS VIII, L.P., TWO SIX | ) |
| LABS HOLDINGS, INC., TWO SIX | ) |
| LABS, LLC, IST RESEARCH, LLC, | ) |
| TWO SIX TOPCO HOLDINGS, INC., | ) |
| and TWO SIX TECHNOLOGIES | ) |
| HOLDINGS INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF GEMEDY, INC.'S NOTICE OF DEPOSITION OF
## RYAN PATERSON

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Gemedy, Inc. ("Gemedy"), by and through undersigned counsel, will take the deposition, upon oral examination, of Ryan Paterson, at a time and place to be agreed upon by the parties.

The deposition will be taken in person before a certified court reporter, notary public, or other officer authorized by law to administer an oath, will be recorded by stenographic means, and will be videotaped. The deposition will be conducted in

1

accordance with the Federal Rules of Procedure and Federal Rules of Evidence for purposes of discovery, for use as evidence at trial, and for any other purposes allowed by law.

| | |
|---|---|
| Dated: January 8, 2023 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/ Michael J. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Mark L. D. Wawro<br>Max L. Tribble, Jr.<br>SUSMAN GODFREY L.L.P<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>mwawro@susmangodfrey.com<br>mtribble@susmangodfrey.com<br><br>Tamar Lusztig<br>Dinis Cheian<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (210) 336-8330<br>Facsimile: (212) 336-8340<br>tlusztig@susmangodfrey.com<br>dcheian@susmangodfrey.com<br>*Attorneys for Gemedy, Inc.* |