IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEMEDY, INC., | ) |
|         Plaintiff, | ) |
| v. | )   C.A. No. 23-157 (CFC) (SRF) |
| THE CARLYLE GROUP INC., CARLYLE INVESTMENT MANAGEMENT LLC, CARLYLE PARTNERS VII, L.P., CARLYLE PARTNERS VIII, L.P., TWO SIX LABS HOLDINGS, INC., TWO SIX LABS, LLC, IST RESEARCH, LLC, TWO SIX TOPCO HOLDINGS, INC., and TWO SIX TECHNOLOGIES HOLDINGS INC., | ) |
|         Defendants. | ) |
| TWO SIX LABS, LLC, | ) |
|         Counterclaim-Plaintiff, | ) |
| v. | ) |
| ALEXANDER WISSNER-GROSS and GEMEDY, INC., | ) |
|         Counterclaim-Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Defendants, Counterclaim-Plaintiff, and Counterclaim-Defendants hereby agree that all claims

and counterclaims between the parties in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Brian E. Farnan* | /s/ *Jack B. Blumenfeld* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| Michael J. Farnan (#5165) | Alexandra Cumings (#6146) |
| 919 North Market Street, 12th Floor | Cameron P. Clark (#6647) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 777-0300 | P.O. Box 1347 |
| bfarnan@farnanlaw.com | Wilmington, DE 19899 |
| mfarnan@farnanlaw.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | acumings@morrisnichols.com |
| | cclark@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

December 26, 2024

       SO ORDERED, this \_\_\_\_\_ day of December, 2024.

 

_____
Chief, United States District Court Judge